PER CURIAM.
Affirmed. Elder v. Holloway, — U.S. -, 114 S.Ct. 1019, 127 L.Ed.2d 344 (1994); Mitchell v. Forsyth, 472 U.S. 511, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985); Harrell v. Decatur County, Georgia, 41 F.3d 1494 (11th Cir.1995); Post v. City of Fort Lauderdale, 7 F.3d 1552 (11th Cir.1993), modified, 14 F.3d 583 (11th Cir.1994); Adams v. St. Lucie County Sheriff’s Dept., 962 F.2d 1563 (11th Cir.1992), approved en banc, 998 F.2d 923 (11th Cir.1993); City of Hialeah v. Fernandez, 661 So.2d 335 (Fla. 3d DCA 1995).